# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**WILLIAM B. CHASE**                                                                          **PETITIONER**
Reg #18520-076

v.                          **CASE NO. 2:15CV00013 BSM**

**C.V. RIVERA, Warden,**
Federal Correctional Complex,
Forrest City, Arkansas                                      **RESPONDENT**

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge Beth Deere and petitioner William Chase's objections thereto have been reviewed. After careful consideration of these documents and a *de novo* review of the record, the RD is hereby adopted in all respects.

IT IS THEREFORE ORDERED that Chase's petition for writ of habeas corpus [Doc. No.1] is dismissed with prejudice.

IT IS SO ORDERED this 8th day of July 2015.

                                                                                 */s/ Brian S. Miller*
                                                          UNITED STATES DISTRICT JUDGE